UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS G. SMITH,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CASE NO. C13-1404-RAJ-MAT<br><br>ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Defendant's motion for partial summary judgment (Dkt. 24) is GRANTED; and,

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 3rd day of February, 2015.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
PARTIAL SUMMARY JUDGMENT
PAGE - 1